IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAULSBURY INDUSTRIES, INC., ) <br> ) <br> Plaintiff and Counter- ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> WESTROCK SHARED SERVICES, ) <br> LLC; WESTROCK CP, LLC; and ) <br> MEADWESTVACO CORPORATION; ) <br> ) <br> Defendants and Counter- ) <br> Plaintiffs. ) | CASE NO. CV416-019 |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 29.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of December 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA